IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

    Plaintiffs,

v.

MERCY MEDICAL CENTER, a Colorado not-for-profit corporation,

    Defendant.

---

**ORDER SETTING ASIDE ENTRY OF DEFAULT AND
GRANTING EXTENSION OF TIME TO RESPOND**

---

This matter having come before the Court upon Defendant's Motion to Set Aside Entry of Default and for Extension of Time to Respond (Dkt. # 12), and the Court being fully advised, it is hereby

ORDERED that the motion is granted, and the default entered on November 23, 2005 is hereby set aside.  It is

FURTHER ORDERED that Defendant Mercy Medical Center shall have to and including December 19, 2005 within which to respond to plaintiff's Complaint.  It is

FURTHER ORDERED that the scheduling conference set for **December 14, 2005 at 8:30 a.m.** will proceed as set.

    DATED:  December 6, 2005

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge