IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

    Plaintiffs,

v.

MERCY MEDICAL CENTER, a Colorado not-for-profit corporation,

    Defendant.

## ORDER VACATING MOTION HEARING

In light of the telephone conference call from counsel advising the Court that the parties have resolved their difference concerning this discovery dispute, it is hereby

ORDERED that the hearing on the motion for an enlargement of time to respond to discovery requests is set for February 2, 2006 at 4:00 p.m. is VACATED. It is

FURTHER ORDERED that the defendant shall file by 5:00 p.m. on Friday, February 3, 2006 an amended motion regarding its request for more time, restating each party's position and submitting a proposed order.

    DATED: February 2, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge