IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

    Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

    Defendant.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER DEADLINES

This matter having come before the Court on Defendant Mercy Medical Center of Durango's Unopposed Motion to Amend Scheduling Order Deadlines (Dkt. # 38), and the Court having reviewed the file and being fully advised, it is hereby

ORDERED that the motion is granted. The deadlines are hereby rescheduled as specifically set forth below.

| **Deadline** | **Current** | **Rescheduled Date** |
| --- | --- | --- |
| Deadline for Joinder of Parties and Amendment of Pleadings | May 12, 2006 | June 2, 2006 |
| Fact discovery cutoff | June 9, 2006 | June 30, 2006 |
| Parties opening expert reports and disclosures | June 30, 2006 | July 21, 2006 |
| Rebuttal expert reports and disclosures | July 21, 2006 | August 11, 2006 |

| | | |
|---|---|---|
| Dispositive Motion Deadline | August 30, 2006 | September 20, 2006 |
| Status Conference | Friday, September 15, 2006 at 9:00 a.m. | September 22, 2006 at 9:00 a.m. |
| Final Pretrial Conference | Monday, October 16, 2006 at 9:00 a.m. | October 30, 2006 at 9:00 a.m. |

IT IS FURTHER ORDERED that the status conference set for September 22, 2006 will be vacated if counsel stipulate that one is unnecessary as that date approaches.

DATED:  April 11 , 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge