IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

    Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

    Defendant.

## ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT

    This matter is before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. # 45), filed June 2, 2006.  Defendant Mercy Medical Center of Durango filed a Response on June 20, 2006 (Dkt. # 47).

    In light of the lack of both a trial date and any pending dispositive motions, any potential prejudice to defendant appears limited.  Plaintiffs' motion is GRANTED.  Defendant is directed to respond to the amendment within ten (10) days.  It is FURTHER ORDERED that a status and scheduling conference is set for Friday, July 21, 2006 at 11:00 a.m.  At this conference, defendant should be prepared to set forth with specificity what if any additional discovery is needed in light of the amendment.

    DATED: July 3, 2006

                                                   BY THE COURT:

                                                  *s: Phillip S. Figa*
                                                  Phillip S. Figa
                                                  United States District Judge