IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

   Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

   Defendant.

## ORDER RE: MOTION FOR EXTENSION OF TIME

This matter is before the Court on defendant's Motion for Enlargement of Time to File Expert Witness Reports (Dkt. # 72).  It is hereby ORDERED that any opposition brief by plaintiffs shall be filed on or before October 26, 2006, and any reply shall be filed no later than October 31, 2006.

DATED: October 20, 2006

                                                            BY THE COURT:

                                                            s/ Phillip S. Figa
                                                            _____
                                                            Phillip S. Figa
                                                            United States District Judge