IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

    Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

    Defendant.

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF MERCY MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTATION**

---

This matter having come before the Court upon Mercy Medical Center's Motion for Leave to File Its Brief In Support of its Motion for Summary Judgment and Supporting Documentation (Dkt. # 93), and the Court having reviewed the motion and being fully advised,

    IT IS HEREBY ORDERED that the motion is GRANTED.

    DATED:  December 15, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge