IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

      Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

      Defendant.

## ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. The final trial preparation conference in this matter, currently set for June 11, 2007 at 10:00 a.m., is hereby RESET to **Thursday, May 10, 2007 at 4:00 p.m.**, before Judge Marcia S. Krieger, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Dated this 29th day of March, 2007

                              **BY THE COURT\*:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge

\*Due to Judge Figa's temporary absence, this Order is issued by the undersigned.