IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02084-PSF-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

      Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

      Defendant.
_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO VACATE TRIAL DATE**
_____

      Defendant's Unopposed Motion to Vacate Trial Date (Dkt. # 150) is GRANTED. It is therefore

      ORDERED that the trial date of June 25, 2007 is VACATED. It is

      FURTHER ORDERED that counsel for Defendant Mercy Medical Center is hereby ordered to contact the secretary of this Court to obtain dates when the Court is available and to clear such dates with counsel for plaintiff.

      DATED: March 30, 2007.

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge