**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-02084-PSF-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 4, 2007** | **Courtroom Deputy:** Geneva D. Mattei |

| | |
|---|---|
| FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C., a New Mexico professional corporation and MARK F. BEVAN, M.D., | Conor Farley<br>Howard Fellar by telephone |
| **Plaintiff(s),** | |
| v. | |
| MERCY MEDICAL CENTER, a Colorado non-for-profit corporation and MERCY MEDICAL CENTER OF DURANGO, a Colorado non-for-profit corporation | Melvin Sabey |
| **Defendant(s),** | |
| DAVITA, INC., | |
| **Interested Party.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**

**Court in Session:       2:20 p.m.**

Court calls case.  Appearances of counsel.

Argument presented.

**ORDERED:   Plaintiffs' motion and memorandum in support of motion to compel
additional discovery(3/29/07 #149) is granted in part and denied in part.
Motion granted to the limited extent of requiring defendants to answer the**

        **previously served and subsequently withdrawn requests for production of documents 23 and 24. Defendants' response due 30 days from tomorrow. Plaintiffs are allowed a single 30(b)(6) deposition of the defendant, the scope of that deposition being limited to the issue of effects on interstate commerce. In all other respects the motion is denied including the request for sanctions.**

**ORDERED:**    **Within 10 calendar days of a decision on the pending dispositive motions and if case is going forward, the parties are to submit confidential settlement statements. Based upon the information on the settlement statements the Court will decide whether to set another settlement conference.**

HEARING CONCLUDED.

**Court in Recess**:    2:59 p.m.    Hearing concluded

Total In-Court Time:    00:39