IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02084-MSK-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C., a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

      Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

      Defendant.
_____

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR
_____

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Wednesday, January 23, 2008,** at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the status of this matter.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 10th day of January, 2008.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*
                                      Marcia S. Krieger
                                      United States District Judge