IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02084-JAP-CBS

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C., a New Mexico professional corporation; and
MARK F. BEVAN, M.D.,

       Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO, a Colorado not-for-profit corporation,

       Defendant.
_____

## ORDER VACATING LAW AND MOTION HEARING
_____

       In view of the reassignment of this matter to the Honorable James A. Parker, the law and motion hearing set for January 23, 2008 is hereby **VACATED**.

       DATED this 16th day of January, 2008.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge