IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE EDWARD W. NOTTINGHAM

Civil Action No. 05-cv-02084-JAP-LFG

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation, and
MARK F. BEVAN, M.D.,

    Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO,
a Colorado non-for-profit corporation,

    Defendant.

---

### ORDER OF TEMPORARY ASSIGNMENT OF U.S. MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(f) and Fed. R. Civ. P. 72, and with the express concurrence and approval of Chief Judge Martha Vásquez of the U.S. District Court for the District of New Mexico, I find and order as follows:

(1) An emergency exists in this judicial district due to the shortage of judicial resources and, in this matter, the geographical location of the parties. For that reason, this matter has been reassigned to U.S. District Judge James A. Parker of the District of New Mexico, sitting by designation in this case. The length and complexity of this case now requires the assistance of a U.S. Magistrate Judge from the District of New Mexico to fulfill the duties contemplated in 28 U.S.C. § 636(b) & (c).

(2) At the request of Judge Parker, the magistrate judge assignment to this case has been transferred from District of Colorado U.S. Magistrate Judge Craig B. Shaffer

to District of New Mexico U.S. Magistrate Judge Lorenzo F. Garcia, now temporarily assigned to the District of Colorado to perform the duties as set forth below.

(3) The duration of the assignment of U.S. Magistrate Judge Garcia shall last for the duration of the pendency of this case, not to exceed three years from the date of the entry of this order.

(3) U.S. Magistrate Judge Garcia is authorized or assigned all duties of a magistrate judge as provided in 18 U.S.C. § 636(b) and (c) and the District of Colorado Local Rules as may be referred to him by Judge Parker.

The parties are directed to Judge Parker's Pretrial and Trial Preparation Procedures available on the District of New Mexico's website: http://www.nmcourt.fed.us. Judge Parker's Pretrial and Trial Procedures govern all proceedings in his court and indicate what his expectations are.

DATED at Denver, Colorado, this **23** day of January, 2008.

BY THE COURT:

By: _____
EDWARD W. NOTTINGHAM
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO