IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 05-cv-02084-JAP-LFG

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and MARK F.
BEVAN, M.D.,

       Plaintiffs,

vs.

MERCY MEDICAL CENTER OF DURANGO, a
Colorado not-for-profit corporation,

       Defendant.

## ORDER

On January 31, 2008, the Court entered an Order (Doc. No. 181) scheduling a status

conference on March 18, 2008 at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado.

Subsequently, the parties asked that the status conference be rescheduled at an earlier date in

Albuquerque, New Mexico. During a telephone conference on February 12, 2008, the Court and

counsel agreed to reschedule the status conference in Albuquerque, New Mexico on March 10,

2008. In addition, the Court advised counsel that Chief United States Magistrate Judge Lorenzo F.

Garcia will participate in part of the status conference and will hold a conference with counsel

following the conclusion of the status conference.

IT IS THEREFORE ORDERED THAT:

1.      The status conference previously scheduled to be held on March 18, 2008 in

        Denver, Colorado is rescheduled to begin at 11:30 a.m., Monday, March 10, 2008,

        at the United States Courthouse, 421 Gold Ave. SW, Sixth Floor Courtroom,

        Albuquerque, New Mexico;

2.    Counsel should be prepared to argue and answer questions about the pending

Motion for Summary Judgment during the status conference on March 10, 2008;

and

3.    At the conclusion of the status conference the Hon. Lorenzo F. Garcia, Chief United

States Magistrate Judge, will meet with counsel to discuss the setting of a Rule 16

scheduling conference and mediation/settlement conference.

_____

SENIOR UNITED STATES DISTRICT JUDGE