IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 05-cv-02084-JAP-LFG

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and MARK F.
BEVAN, M.D.,

    Plaintiffs,

vs.

MERCY MEDICAL CENTER OF DURANGO, a
Colorado not-for-profit corporation,

    Defendant.

# ORDER

On February 19, 2008, Plaintiffs filed Plaintiffs' Motion to Reconsider Order Granting Enlargement of Time (Doc. No. 186). In the Order Granting Defendant's Motion for Enlargement of Time (Doc. No. 185) filed February 15, 2008, the Court stated that the deadline for Defendant to respond to Plaintiffs' Motion in Limine would be extended to a time that would be discussed at the status conference scheduled for March 10, 2008. Plaintiffs are concerned that the Court would rule on the Defendant's pending Motion for Summary Judgment without first considering Plaintiffs' Motion in Limine. However, the Court will not rule on the pending Motion for Summary Judgment without first deciding (1) either that the evidence Plaintiffs wish to exclude is unnecessary for a decision on the Motion for Summary Judgment or (2) that after full briefing of the Motion in Limine it should be denied and the evidence Plaintiffs wish to exclude will be taken into account in deciding the Motion for Summary Judgment. The Court intends to discuss these matters with counsel at the status conference on March 10, 2008 and if the Court determines that it may want to consider, in deciding the Motion for Summary Judgment, the evidence which is the

subject of Plaintiffs' Motion in Limine before deciding the Motion for Summary Judgment, the Court will at the March 10, 2008 status conference set a schedule for completing the briefing on Plaintiffs' Motion in Limine.

IT IS ORDERED THAT a ruling on Plaintiffs' Motion to Reconsider Order Granting Enlargement of Time (Doc. No. 186) will be deferred until the status conference on March 10, 2008 and that in the interim Defendant need not file a response to Plaintiffs' Motion to Reconsider Order Granting Enlargement of Time (Doc. No. 186).

_____
SENIOR UNITED STATES DISTRICT JUDGE