IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FOUR CORNERS NEPHROLOGY
ASSOCIATES, P.C., a New Mexico
professional corporation; and
MARK F. BEVAN, M.D.,

        Plaintiffs,

vs.                                 CIVIL NO. 05-2084 JP/LFG

MERCY MEDICAL CENTER OF DURANGO,
a Colorado not-for-profit corporation,

        Defendant.

## **ORDER SETTING RULE 16 SETTLEMENT CONFERENCE**

In an effort to facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accord with provisions of Fed. R. Civ. P. 16(a)(5) on **Monday, April 14, 2008** beginning at **9:00** in Suite 680, Pete V. Domenici U.S. Courthosue, 333 Lomas Blvd., N.W., Albuquerque, New Mexico. Please set aside the greater part of the day for this conference.

The parties or designated representative, other than counsel of record, with final settlement authority must be present. Similarly, counsel who will try the case must attend. Any requests to excuse a party or trial counsel from the settlement conference must be presented to the Court in writing.

Prior to the conference, counsel are required to confer with one another in a good-faith effort to resolve the litigation.

Settlement position statements are not required. However, the Court does accept them if timely submitted at least two working days prior to the conference.

                                            *Lorenzo F. Garcia*
                                            Lorenzo F. Garcia
                                            Chief United States Magistrate Judge

PLEASE DIRECT ANY
INQUIRIES TO: 505-348-2320