IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02084-JAP-LFG

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation; and MARK F.
BEVAN, M.D.,

    Plaintiffs,

vs.

MERCY MEDICAL CENTER OF DURANGO, a
Colorado not-for-profit corporation,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

On March 10, 2008, the court held a status conference and summary judgment hearing. During the status conference, the Court indicated that it would order supplemental briefing on the issue of the Court's discretion to disregard plaintiffs' expert's opinion in assessing the relevant geographic market for purposes of resolving plaintiffs' remaining antitrust claims. The Court also requested plaintiffs' counsel to identify via a letter to the Court any case in which a court has held an exclusive contract between a hospital and a provider to constitute an illegal, *per se* tying arrangement in violation of § 1 of the Sherman Act or the Colorado Antitrust Act.

IT IS ORDERED THAT:

1. Each party must file and serve a brief on the issue of the Court's discretion to disregard plaintiffs' expert's opinion on the relevant geographic market no later than Monday, April 14, 2008; and

2. Plaintiffs' counsel must identify no later than Thursday, April 10, 2008, either by filing a notice on CM/ECF or by letter to the Court with a copy to defense counsel,

any case in which a court has held an exclusive contract between a hospital and a provider to constitute an illegal, *per se* tying arrangement.

_____
SENIOR UNITED STATES DISTRICT JUDGE