IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02084-JAP-LFG

FOUR CORNERS NEPHROLOGY
ASSOCIATES, P.C., a New Mexico
professional corporation; and MARK
F. BEVAN, M.D.,

          Plaintiffs,

vs.

MERCY MEDICAL CENTER
OF DURANGO, a Colorado
not-for-profit corporation,

          Defendant.

## ORDER ON EXPERT REPORTS
## AND ADDITIONAL DISCOVERY

THIS MATTER came before the Court on a Fed. R. Civ. P. 16 conference conducted on April 7, 2008. The purpose of the conference was to provide the parties with a schedule for supplementing expert reports. The supplementation was requested due to the trial delay caused by the untimely death of the assigned trial judge. The Court advised counsel that Plaintiffs must provide a supplementary Fed. R. Civ. P. 26 expert report no later than April 18, 2008, and that Defendant should supplement its report by April 25, 2008. The Court allowed the parties until May 23, 2008 to complete any expert despositions.

Plaintiffs objected to the schedule, contending that the supplemented report could not be prepared until Plaintiffs obtained new data as to patient migration information from March 2006 through the present. Defendant objected, correctly noting that the discovery deadline long ago elapsed and that Plaintiffs are not entitled to conduct new discovery and issue a new set of expert

reports. Defendant proposed that Plaintiffs' expert may state his opinion on damages as outlined in the earlier expert report and project damages into the future as is done in most cases. Plaintiffs, on the other hand, object to that procedure, stating that the critical analysis in this case requires detailed, current information on patient migration.

The Court determines that discovery has closed. Authorizing new discovery at this juncture would result in significant delay. It would, of necessity, require new expert reports, new discovery and potentially a new round of motion practice. Therefore, additional discovery will not be permitted. Plaintiffs indicated that without additional discovery, no supplementary expert report could be prepared. Thus, the Court will not require supplementary expert reports.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge