IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02084-JAP-LFG

FOUR CORNERS NEPHROLOGY
ASSOCIATES, P.C,, a New Mexico
professional corporation; and MARK
F. BEVAN, M.D.,

        Plaintiffs,
 vs.

MERCY MEDICAL CENTER
OF DURANGO, a Colorado
not-for-profit corporation,

        Defendant.

## ORDER RESETTING RULE 16 SETTLEMENT CONFERENCE

The Fed. R. Civ. P. 16 settlement conference previously set for April 14, 2008 is rescheduled and will now be conducted on **Wednesday, May 28, 2008** beginning at **9:00** in Suite 680, 333 Lomas Blvd., N.W., Albuquerque, New Mexico. Please set aside the greater part of the day for this conference.

The parties or designated representative, other than counsel of record, with final settlement authority must be present. Similarly, counsel who will try the case must attend. Any requests to excuse a party or trial counsel from the settlement conference must be presented to the Court in writing. Prior to the conference, counsel are required to confer with one another in a good-faith effort to resolve the litigation.

Confidential settlement position statements should be submitted at least two working days prior to the conference.

                                            */s/ Lorenzo F. Garcia*
                                            Lorenzo F. Garcia
                                            Chief United States Magistrate Judge