IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02084- JAP-LFG

FOUR CORNERS NEPHROLOGY ASSOCIATES, P.C.,
a New Mexico professional corporation, and
MARK F. BEVAN, M.D.

Plaintiffs,

v.

MERCY MEDICAL CENTER OF DURANGO,

Defendant.

**ORDER GRANTING AGREED MOTION TO STAY THE MATTER
OF MERCY'S BILL OF COSTS PENDING APPEAL**

Having reviewed Agreed Motion to Stay the Matter of Mercy's Bill of Costs Pending Appeal (Doc. No. 223) and being fully advised in the premises,

IT IS ORDERED that Agreed Motion is granted, and the matter of Mercy Medical Center of Durango's Bill of Costs is STAYED pending Plaintiffs' appeal.

SENIOR UNITED STATES DISTRICT JUDGE

*James A. Parker*